Matter of Eichberg (2025 NY Slip Op 03120)

Matter of Eichberg

2025 NY Slip Op 03120

Decided on May 22, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:May 22, 2025

PM-123-25
[*1]In the Matter of Pia Manuela Eichberg, an Attorney. (Attorney Registration No. 3960291.)

Calendar Date:May 19, 2025

Before:Garry, P.J., Egan Jr., Aarons, Reynolds Fitzgerald and Mackey, JJ.

Connors LLP, Buffalo (Samantha B. Gier of counsel), for Pia Manuela Eichberg.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Pia Manuela Eichberg was admitted to practice by this Court in 2001 and lists a business address in Blieskastel, Germany with the Office of Court Administration. Eichberg now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Eichberg's application.
Upon reading Eichberg's affidavit sworn to March 10, 2025 and filed March 28, 2025, and upon reading the May 14, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Eichberg is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Egan Jr., Aarons, Reynolds Fitzgerald and Mackey, JJ., concur.
ORDERED that Pia Manuela Eichberg's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Pia Manuela Eichberg's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Pia Manuela Eichberg is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Eichberg is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Pia Manuela Eichberg shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.